

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00208-CR

MICHAEL P. NOLAN, Appellant

§ On Appeal from the 372nd District Court

§ of Tarrant County (1743026)

V.

§ January 23, 2025

§ Memorandum Opinion by Justice Womack

THE STATE OF TEXAS

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified by replacing the words "the State's Amended Motion to Adjudicate Guilt" with the words "the State's Fifth Amended Petition to Proceed to Adjudication." It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack